**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSARIO FORONDA and BELLA DIVINA, ) | Case No.: 14-CV-03513-LHK |
| ) | |
| Plaintiffs, ) | ORDER VACATING MOTION |
| ) | HEARING |
| v. ) | |
| ) | |
| WELLS FARGO HOME MORTGAGE, INC., ) | |
| and DOES 1-10 inclusive, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

Pursuant to Civil Local Rule 7-1(b), the Court finds Defendant's Motion to Dismiss (ECF No. 19) suitable for decision without oral argument and hereby VACATES the motion hearing set for November 20, 2014, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 18, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-03513-LHK
ORDER VACATING MOTION HEARING