1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSARIO FORONDA and BELLA DIVINA, )<br><br>Plaintiffs, )<br><br>v. )<br><br>WELLS FARGO HOME MORTGAGE, INC., )<br>and DOES 1-10 inclusive, )<br><br>Defendant(s). )<br> ) | Case No.: 14-CV-03513-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiffs' Attorney: Arasto Farsad
Defendant's Attorney: Andrew Wheaton

An initial case management conference was held on January 7, 2015.  A further case management conference was set for April 22, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by April 15, 2015.

Because Plaintiffs failed to file an amended complaint by December 26, 2014, and pursuant to the Court's motion to dismiss order of November 26, 2014, *see* ECF No. 28 at 22, the Court hereby DISMISSES WITH PREJUDICE the following claims: (1) violation of section 2923.6(f) of the California Civil Code; (2) violations of the Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200 *et seq.*, except for Plaintiffs' UCL unlawful and unfair prong claims arising out of California Civil Code section 2923.6(c)'s prohibition on "dual tracking"; and (3) negligence.

The Court refers the parties to the Court's ADR program for early neutral evaluation ("ENE").

1

The discovery limits imposed by the Federal Rules of Civil Procedure shall apply to this case.

The Court set the following case schedule:

DEADLINE TO EXCHANGE INITIAL DISCLOSURES is January 16, 2015.

DEADLINE TO COMPLETE COURT-SPONSORED ADR is April 7, 2015.

FACT DISCOVERY CUTOFF is July 27, 2015.

EXPERT DISCOVERY:
     Opening Reports: August 10, 2015
     Rebuttal Reports: August 24, 2015
     Cutoff: September 14, 2015

DISPOSITIVE MOTIONS shall be filed by September 28, 2015, and set for hearing no later than November 5, 2015, at 1:30 p.m.  Each side may file only one dispositive motion in the entire case.

PRETRIAL CONFERENCE DATE is January 21, 2016, at 1:30 p.m.

JURY TRIAL DATE is February 1, 2016, at 9 a.m. in courtroom 8, 4th floor.

TRIAL LENGTH is estimated to be 2 days.

**IT IS SO ORDERED.**

Dated: January 7, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 14-CV-03513-LHK
CASE MANAGEMENT ORDER