United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO FORONDA<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO HOME MORTGAGE, INC.,<br><br>　　　　Defendant. | Case No. 14-cv-03513-LHK   (ADR)<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date: April 2, 2015<br>ENE Evaluator:  Sandra Shapiro |

　　　IT IS HEREBY ORDERED that the request to excuse defendant Well Fargo Bank, N.A.'s in-house counsel, Brian O'Laughlin, from appearing in person at the April 2, 2015, ENE before Sandra Shapiro is GRANTED.  Mr. O'Laughlin shall participate telephonically in the ENE as set forth in ADR L.R. 5-10(f).

　　　**IT IS SO ORDERED**.

Dated: March 27, 2015

_____
Maria-Elena James
United States Magistrate Judge