1  Arasto Farsad, ESQ. (SBN 273118)
     FarsadLaw1@gmail.com
2  FARSAD LAW OFFICE, P.C.
   2905 Stender Way Suite 76
3  Santa Clara CA 95054
   Tel: (408) 641-9966 | Fax: (408) 866-7334
4  Attorneys for Plaintiffs ROSARIO FORONDA and
   BELLA DIVINA
5
   Scott T. Reigle, ESQ. (SBN 288515)
6    sreigle@afrct.com
   ANGLIN, FLEWELLING, RASMUSSEN,
7    CAMPBELL & TRYTTEN LLP
   199 South Los Robles Avenue, Suite 600
8  Pasadena, California 91101-2459
   Telephone:  (626) 535-1900
9  Facsimile:  (626) 577-7764

10  Attorneys for Defendant
    WELLS FARGO BANK, N.A., successor
11  by merger with Wells Fargo Bank
    Southwest, N.A., f/k/a Wachovia Mortgage,
12  FSB, f/k/a World Savings Bank, FSB
    ("Wells Fargo") (erroneously sued as
13  "WELLS FARGO HOME MORTGAGE,
    INC.")

14

15                  UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18  ROSARIO FORONDA and BELLA DIVINA,        CASE NO.: 5:14-CV-03513-LHK

19              Plaintiffs,                  [The Honorable Lucy H. Koh]

20       v.                                  **STIPULATED DISMISSAL WITH**
                                             **PREJUDICE PURSUANT TO FED. R. OF**
21  WELLS FARGO HOME MORTGAGE, INC.          **CIV. P. 41(a)(1)(A)(ii)**
    and DOES 1-10 inclusive,
22                                           **Date Action Filed:** July 2, 2014
               Defendants.
23                                           **Date Action Removed:** August 2, 2014

24                                           **Superior Court Case No.** 114CV267426

25

26         TO THE HONORABLE JUDGE LUCY H. KOH:  Plaintiffs, ROSARIO FORONDA

27  and BELLA DIVINA (hereinafter, "Plaintiffs") and WELLS FARGO HOME MORTGAGE,

28  INC., (hereinafter, the "Defendant") (or, referred to collectively as the "Parties"), by and

1    through their respective attorneys of record, hereby stipulate to the dismissal of this action

2    **with prejudice** pursuant to FRCP Rule 41 (a)(1)(A)(ii). Pursuant to Rule 41(a)(1)(A) (ii), a

3    "plaintiff may dismiss an action without court order by filing . . . a stipulation signed by all

4    parties who have appeared."[1]

5                                            **RECITALS**

6      1.  On or about July 2, 2014, Plaintiffs filed this case in the Superior Court, County of Santa

7          Clara, with case number 114CV267426 assigned. (Hereinafter, the "Action.")

8

9      2.  On August 2, 2014, Defendant filed a Notice of Removal and removed the Action to the

10         instant court.

11

12     3.  On or about March 28, 2015, the Parties agreed in principal to a settlement.

13

14     4.  Accordingly, the undersigned Parties hereby represent that they have entered into a

15         settlement agreement which has resolved all controversies to their mutual satisfaction.

16         WHEREFORE, the Parties hereby agree to dismiss the instant case with prejudice

17    pursuant to Rule 41(a)(1)(A)(ii) with each party to bear their own attorneys' fees and costs in

18    accordance with the terms of the Agreement between the Parties.

19

20    Dated: **April 2, 2015**                    FARSAD LAW OFFICE, P.C.

21                                                    _/s/ Arasto Farsad_

22                                                By: Arasto Farsad
                                                   Attorneys for Plaintiffs
23                                                 ROSARIO FORONDA and
                                                   BELLA DIVINA
24

25

26

27    [1] Voluntary dismissals filed pursuant to this rule allow the parties to bypass the court and
      effectuate dismissals without court order. Thus, a properly filed stipulated dismissal made
28    pursuant to Rule 41(a)(1)(ii) is effective automatically and does not require judicial approval.
      _See, e.g.,_ Hester Indus., Inc. v. Tyson Foods, Inc., 160 F.3d 911, 916 (2d Cir. 1998) and cases
      cited therein.)

1

2   Dated: **April 2, 2015**                    ANGLIN, FLEWELLING, RASMUSSEN,
                                                    CAMPBELL & TRYTTEN LLP
3                                              By:   */s/ Scott T. Reigle*
                                               Scott T. Reigle
4                                              Attorneys for Defendant WELLS FARGO BANK, N.A.,
                                               successor by merger with Wells Fargo Bank Southwest,
5                                              N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World
                                               Savings Bank, FSB ("Wells Fargo") (erroneously sued
6                                              as "WELLS FARGO HOME MORTGAGE, INC.")

7

8

9

10

11

12   I hereby attest that I have on file all holographic signatures corresponding to any signatures

13   indicated by a conformed signature (/S/) within this e-filed document.

14

15

16   The Clerk shall close the case file.

17

18   Dated: April 3, 2015

19

20

21

22

23

24

25

26

27

28