| | |
|---|---|
| 1 | Arasto Farsad, ESQ. (SBN 273118) |
|   | FarsadLaw1@gmail.com |
| 2 | FARSAD LAW OFFICE, P.C. |
|   | 2905 Stender Way Suite 76 |
| 3 | Santa Clara CA 95054 |
|   | Tel: (408) 641-9966 | Fax: (408) 866-7334 |
| 4 | Attorneys for Plaintiffs ROSARIO FORONDA and BELLA DIVINA |
| 5 | |
|   | Scott T. Reigle, ESQ. (SBN 288515) |
| 6 | sreigle@afrct.com |
|   | ANGLIN, FLEWELLING, RASMUSSEN, |
| 7 |  CAMPBELL & TRYTTEN LLP |
|   | 199 South Los Robles Avenue, Suite 600 |
| 8 | Pasadena, California 91101-2459 |
|   | Telephone:  (626) 535-1900 |
| 9 | Facsimile:   (626) 577-7764 |
| 10 | Attorneys for Defendant |
|    | WELLS FARGO BANK, N.A., successor |
| 11 | by merger with Wells Fargo Bank |
|    | Southwest, N.A., f/k/a Wachovia Mortgage, |
| 12 | FSB, f/k/a World Savings Bank, FSB |
|    | ("Wells Fargo") (erroneously sued as |
| 13 | "WELLS FARGO HOME MORTGAGE, INC.") |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO FORONDA and BELLA DIVINA, | CASE NO.: 5:14-CV-03513-LHK |
| Plaintiffs, | [The Honorable Lucy H. Koh] |
| v. | **STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. OF CIV. P. 41(a)(1)(A)(ii)** |
| WELLS FARGO HOME MORTGAGE, INC. and DOES 1-10 inclusive, | |
| Defendants. | **Date Action Filed:** July 2, 2014 |
| | **Date Action Removed:** August 2, 2014 |
| | **Superior Court Case No.** 114CV267426 |

TO THE HONORABLE JUDGE LUCY H. KOH:  Plaintiffs, ROSARIO FORONDA and BELLA DIVINA (hereinafter, "Plaintiffs") and WELLS FARGO HOME MORTGAGE, INC., (hereinafter, the "Defendant") (or, referred to collectively as the "Parties"), by and

through their respective attorneys of record, hereby stipulate to the dismissal of this action **with prejudice** pursuant to FRCP Rule 41 (a)(1)(A)(ii). Pursuant to Rule 41(a)(1)(A) (ii), a "plaintiff may dismiss an action without court order by filing . . . a stipulation signed by all parties who have appeared."[1]

### RECITALS

1. On or about July 2, 2014, Plaintiffs filed this case in the Superior Court, County of Santa Clara, with case number 114CV267426 assigned. (Hereinafter, the "Action.")

2. On August 2, 2014, Defendant filed a Notice of Removal and removed the Action to the instant court.

3. On or about March 28, 2015, the Parties agreed in principal to a settlement.

4. Accordingly, the undersigned Parties hereby represent that they have entered into a settlement agreement which has resolved all controversies to their mutual satisfaction.

WHEREFORE, the Parties hereby agree to dismiss the instant case with prejudice pursuant to Rule 41(a)(1)(A)(ii) with each party to bear their own attorneys' fees and costs in accordance with the terms of the Agreement between the Parties.

Dated: **April 2, 2015**          FARSAD LAW OFFICE, P.C.

                                  */s/ Arasto Farsad*
                                  By: Arasto Farsad
                                  Attorneys for Plaintiffs
                                  ROSARIO FORONDA and
                                  BELLA DIVINA

---

[1] Voluntary dismissals filed pursuant to this rule allow the parties to bypass the court and effectuate dismissals without court order. Thus, a properly filed stipulated dismissal made pursuant to Rule 41(a)(1)(ii) is effective automatically and does not require judicial approval. *See, e.g.*, Hester Indus., Inc. v. Tyson Foods, Inc., 160 F.3d 911, 916 (2d Cir. 1998) and cases cited therein.)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: **April 2, 2015** | ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP |
| 3 | | By:   */s/ Scott T. Reigle*  |
| | | Scott T. Reigle |
| 4 | | Attorneys for Defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") (erroneously sued as "WELLS FARGO HOME MORTGAGE, INC.") |

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

The Clerk shall close the case file.

Dated: April 3, 2015

*IT IS SO ORDERED*

*Lucy H. Koh*
Judge Lucy H. Koh
United States District Court, Northern District of California